UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CAROLINA HOSPITALITY GROUP 2020, LLC

              Plaintiff,

              v.

WISCHERMANN PARTNERS, INC.,

              Defendants.
-----------------------------------------------------------X

1:21-cv-00496 (DG) (LB)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersiged counsel, pursuant to Local Rule 1.4, that Lewis Brisbois Bisgaard & Smith LLP shall be substituted in the place and stead of Faegre Drinker Biddle & Reath LLP as counsel of record for defendant Wischermann Partners, Inc. in the above-captioned matter.

Defendant enters into this substitution of counsel knowingly and voluntarily.

| FAEGRE DRINKER BIDDLE & REATH LLP | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| By: /s/ Lucas Michelen<br>Lucas Michelen<br>1177 Avenue of Americas, 41st Floor<br>New York, NY 10036<br>(212) 248-3262<br>Lucas.Michelen@faegredrinker.com | By: /s/ Jeffrey Spiegel<br>Jeffrey Spiegel<br>77 Water Street, Suite 2100<br>New York, NY 10005<br>(212) 232-1300<br>jeffrey.spiegel@lewisbrisbois.com |
| *Outgoing Counsel for Defendant* | *Incoming Counsel for Defendant* |
| Dated:  April 29, 2021 | Dated:  April 29, 2021 |

I consent to the above substitution.

*/s/ P. Wischmann*

*Client*
Date: April 29, 2021

SO ORDERED:

/S/Magistrate Judge Lois Bloom
_____
  U.S. Magistrate Judge ~~U.S.D.J.~~

4837-6411-6711.1