UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00328-FDW-DSC

| CAROLINA HOSPITALITY GROUP 2010, LLC, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| WISCHERMANN PARTNERS, INC., | ) |
| | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. No. 36). This motion has been fully briefed and is ripe for resolution. After reviewing the parties' arguments, exhibits to their pleadings, and applicable law, the Court DENIES WITHOUT PREJUDICE the motion to dismiss. In large part, the parties' arguments are more appropriate for summary judgment; therefore, this Order is without prejudice to the parties' ability to reassert any applicable arguments at that stage of the case.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (Doc. No. 36) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Signed: December 13, 2021

Frank D. Whitney
United States District Judge

1