UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CAROLINA HOSPITALITY GROUP 2010 LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:21-CV-328-FDW-DSC ) |
| WISCHERMANN PARTNERS, INC., | ) ) ) |
| Defendant | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carolina Hospitality Group 2010, LLC and Defendant Wischermann Partners, Inc. by and through their respective undersigned counsel, hereby stipulate and agree that all claims in this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorney's fees.

This the 11th day of May, 2022.

| | |
|---|---|
| ALEXANDER RICKS PLLC | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| /s/ Nathan A. White<br>Nathan A. White<br>NC State Bar No. 48684<br>nathan@alexanderricks.com | /s/ Philip A. Hinson<br>Philip A. Hinson<br>Craig Leis<br>Philip.Hinson@lewisbrisbois.com<br>Craig.Leis@lewisbrisbois.com |
| 1420 East 7th Street, Suite 100<br>Charlotte, North Carolina 28204<br>Telephone: (704) 365-3656<br>Facsimile: (704) 365-3676 | 521 East Morehead Street, Suite 250<br>Charlotte, NC 28202<br>Telephone: (704) 365-3656<br>Facsimile: (704) 365-3676 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** in the above-captioned proceeding was served by first-class mail, postage prepaid, and by e-mail upon the following:

Philip A. Hinson, Esq.
Craig Leis, Esq.

Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, NC 28202

Philip.Hinson@lewisbrisbois.com
Craig.Leis@lewisbrisbois.com

This 11th day of May, 2022.

ALEXANDER RICKS PLLC

/s/ Nathan A. White
Nathan A. White
NC State Bar No. 48684
nathan@alexanderricks.com

1420 East 7th Street, Suite 100
Charlotte, North Carolina 28204
Telephone: (704) 365-3656
Facsimile: (704) 365-3676

*Counsel for Plaintiff*